FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 20 P 3: 01

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BRIAN D. BARTRAM, <br>     PLAINTIFF, | CIVIL ACTION NO. <br> 3:02CV2148(SRU) |
| V. | |
| CARL ROSENSWEIG, ASSISTANT <br> CHIEF OF POLICE, "JA" GAREWSKI, <br> POLICE CAPTAIN, JOSEPH LASATA, POLICE <br> LIEUTENANT, STEPHEN B. ESTES, <br> POLICE SERGEANT, AND IN THEIR INDIVIDUAL <br> AND OFFICIAL CAPACITIES <br>     DEFENDANTS. | NOVEMBER 18, 2003 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Amended Complaint in this action to conform with the Court's ruling on August 28, 2003. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

THE PLAINTIFF,
BRIAN BARTRAM

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar No. ct07019
His Attorney

1

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on November 18, 2003, to the following:

Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

                     Erin I. O'Neil, Esq.