UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2003 DEC 12  P 12: 06

BRIAN BARTRAM,                              :    CIVIL ACTION NO.
    PLAINTIFF,                           :       3:02CV2148(SBI) DISTRICT COURT
                                         :                     BRIDGEPORT CT
vs.                                         :
                                         :
TOWN OF WEST HARTFORD, ET AL
    DEFENDANTS                           :       December 10, 2003

## MOTION FOR EXTENSION OF TIME


    The Plaintiff, pursuant to Rule 12 (b) (6), Fed. R. Civ. P., hereby moves for an extension

of time for the discovery deadline.  The discovery deadline is currently December 31, 2003, and

the plaintiff requests an extension of thirty days until and including January 30, 2004 to respond.

This is the Plaintiff's first such request for an extension of time and this is the first request for an

extension. The Plaintiff, pursuant to Rule 12 (b) (6), Fed. R. Civ. P, has consulted with opposing

counsel, attorney Scott M. Karsten, and he objects to the plaintiff's motions.

BY: _____
    James S. Brewer
    Erin I. O'Neil
    Brewer & O'Neil, LLC
    818 Farmington Avenue
    West Hartford, CT 06119
    Federal Bar #ct 23073
    Tel.: (860)523-4055
    Fax: (860) 233-4215

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on December 10, 2003 to the following:


Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119


James S. Brewer, Esq.
Erin I. O'Neil, Esq.