FILED
2003 NOV 20 P 3:01
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN D. BARTRAM,
    PLAINTIFF,

V.

CARL ROSENSWEIG, ASSISTANT
CHIEF OF POLICE, "JA" GAREWSKI,
POLICE CAPTAIN, JOSEPH LASATA, POLICE
LIEUTENANT, STEPHEN B. ESTES,
POLICE SERGEANT, AND IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES
    DEFENDANTS.

CIVIL ACTION NO.
3:02CV2148(SRU)

NOVEMBER 18, 2003

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Amended Complaint in this action to conform with the Court's ruling on August 28, 2003. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

THE PLAINTIFF,
BRIAN BARTRAM

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
Federal Bar No. ct07019
His Attorney

1

*[Handwritten margin notes: "31", "12/19/03", "Granted. The clerk shall docket the Amended Complaint. So ordered."]*