#32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 12 P 12: 06

| | |
|---|---|
| BRIAN BARTRAM, <br> PLAINTIFF, | : CIVIL ACTION NO. <br> : 3:02CV2148(SRU) |
| vs. | : |
| TOWN OF WEST HARTFORD, ET AL <br> DEFENDANTS | : <br> : December 10, 2003 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff, pursuant to Rule 12 (b) (6), Fed. R. Civ. P., hereby moves for an extension of time for the discovery deadline. The discovery deadline is currently December 31, 2003, and the plaintiff requests an extension of thirty days until and including January 30, 2004 to respond. This is the Plaintiff's first such request for an extension of time and this is the first request for an extension. The Plaintiff, pursuant to Rule 12 (b) (6), Fed. R. Civ. P, has consulted with opposing counsel, attorney Scott M. Karsten, and he objects to the plaintiff's motions.

BY: _____
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

Motion Granted.
Discovery cutoff date January 30, 2004
Dispositive Motions Due by February 28, 2004
SO ORDERED
12/23/03  /s/ Stefan R. Underhill, U.S.D.J.