UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN BARTRAM, : CIVIL ACTION NO.
    PLAINTIFF, : 3:02CV2148(SRU)

vs. :

TOWN OF WEST HARTFORD, ET AL :
    DEFENDANTS : JANUARY 21, 2004.

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Plaintiff, pursuant to Fed. R. Civ. P., hereby moves for an extension of time for the discovery deadline. The discovery deadline is currently January 30, 2004, and the plaintiff requests an extension of thirty days until and including February 26, 2004 to complete discovery.

This is the Plaintiff's Second request for an extension of time, and is in part due to scheduling conflicts in depositions incurred by the West Hartford Corporation Counsel. Further, plaintiff's counsel has numerous depositions scheduled for the last week in January, in this and other cases, preventing the rescheduling of said depositions within the current discovery time period.

The Plaintiff, pursuant to Local Rule 9, has consulted with opposing counsel, Attorney Scott M. Karsten, and was unable to immediately get his position. West Hartford Corporation Counsel, Attorney Joseph O'Brien has stated he does <u>not</u> object to the plaintiff's motion.

BY: _____
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215
erinoneilbaker@hotmail.com
jimsbrewer@comcast.net

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on January 21, 2004 to all counsel of record including the following:

Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Joseph O'Brien, Esq.
Elysa L. Graber-Lipperman, Esq.
Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
James S. Brewer, Esq.