#38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 30  P 12: 02

BRIAN BARTRAM,
　　PLAINTIFF,

vs.

TOWN OF WEST HARTFORD, ET AL
　　DEFENDANTS

: CIVIL ACTION NO.
: 3:02CV2148(SRU)
:
:
:
:
:
: JANUARY 23, 2004.

## PLAINTIFF'S SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Plaintiff, pursuant to Fed. R. Civ. P., hereby moves for an extension of time for the discovery deadline. The discovery deadline is currently January 30, 2004, and the plaintiff requests an extension of thirty days until and including February 26, 2004 to complete discovery. This is the Plaintiff's Second request for an extension of time, and is in part due to scheduling conflicts in depositions incurred by the West Hartford Corporation Counsel. Further, deposition scheduled for the week of January 26, 2004, needed to be rescheduled due to Attorney Karsten's trial schedule. The undersigned has spoken with opposing counsel, Attorney Scott M. Karsten, and he does _not_ object to the extension of time  West Hartford Corporation Counsel, Attorney Joseph O'Brien has stated he does _not_ objects to the plaintiff's motion.

BY: _____
James S. Brewer
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055

Motion Granted.
Discovery cutoff date February 26, 2004
Dispositive Motions due by March 26, 2004
SO ORDERED
2 / 3 /04          /s/ Stefan R. Underhill, U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on January 23, 2004 to all counsel of record including the following:

Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Joseph O'Brien, Esq.
Elysa L. Graber-Lipperman, Esq.
Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

Clerk
United States District Court
450 Main Street
Hartford, CT 06103

Erin I. O'Neil