STATUS CONFERENCE HELD
DATE: 2/24/04

(30 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference re Discovery

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

February 24, 2004

9:45 a.m.

CASE NO. **3:02cv2148**   **Bartram v West Hartford**

James S. Brewer
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119

Scott M. Karsten
Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

Carl R. Ficks Jr.
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Elysa L. Graber-Lipperman
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

Erin I. O'Neil-Baker
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK