UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN D. BARTRAM,<br>    PLAINTIFF, | CIVIL ACTION NO.<br>3:02CV2148(SRU) |
| V. | |
| CARL ROSENSWEIG, ASSISTANT<br>CHIEF OF POLICE, "JA" GAREWSKI,<br>POLICE CAPTAIN, JOSEPH LASATA, POLICE<br>LIEUTENANT, STEPHEN B. ESTES,<br>POLICE SERGEANT, AND IN THEIR INDIVIDUAL<br>AND OFFICIAL CAPACITIES<br>    DEFENDANTS. | FEBRUARY 24, 2004 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Second Amended Complaint in this action to add Chief Strillacci as a defendant to conform with facts discovered during discovery. During the depositions of Assistant Chief Rosesewig, which took place on February 23, 2004, and Lieutenant Garewski, which took place on February 24, 2004, facts arose pertaining to the direct involvement of Chief Strillacci. To allow the addition of the Chief Strillacci at this point would be in the best interest of judicial economy as it negate the need for filing a separate lawsuit. The claims against Chief Strillacci fall into the Statute of Limitations as the events occurred in April, 2002. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

1

                    THE PLAINTIFF,
                    BRIAN BARTRAM

BY: _____
     Erin I. O'Neil
     Brewer & O'Neil, LLC
     818 Farmington Avenue
     West Hartford, CT 06119
     (860) 523-4055
     Federal Bar No. ct23073
     His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on February 24, 2004, to the following:

Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Erin I. O'Neil, Esq.