UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN BARTRAM,                                : NO.: 3:02CV2148(SRU)
    Plaintiff,

vs.

TOWN OF WEST HARTFORD, CARL
ROSENSWEIG, J.A. GAREWSKI,
JOSEPH LASATA and STEPHEN B.
ESTES,                                        : MARCH 29, 2004
    Defendants.

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants CARL, ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA STEPHEN B. ESTES and JAMES STRILLACCI in the above-referenced matter hereby respectfully request an enlargement of time of thirty days until May 3, 2004, within which to file dispositive motions.

This enlargement of time is necessary since the transcripts of the depositions of defendants Rosensweig and Garewski have not been received by the undersigned as of this writing, and are necessary to the completion of defendants' motion.

This is the first such request for an enlargement.

Pursuant to Rule 9(b)(2), on this date, the undersigned's office telephoned plaintiff's counsel, Erin O'Neil, who stated she has no objection to the requested extension.

                                              DEFENDANTS, CARL ROSENSWEIG,
                                              J.A. GAREWSKI, JOSEPH LASATA,
                                              STEPHEN B. ESTES and JAMES
                                              STRILLACCI

BY_____
   Scott M. Karsten
   Federal Bar No.: ct05277
   Sack Spector and Karsten
   836 Farmington Avenue
   West Hartford, CT 06119
   Their Attorney
   skarsten@sackspec.com

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 29th day of March, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Carl Ficks, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103-4303

_____
Scott M. Karsten

Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604