UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN D. BARTRAM, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02CV2148(SRU) |
| V. | |
| CARL ROSENSWEIG, ASSISTANT CHIEF OF POLICE, "JA" GAREWSKI, POLICE CAPTAIN, JOSEPH LASATA, POLICE LIEUTENANT, STEPHEN B. ESTES, POLICE SERGEANT, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES | |
| DEFENDANTS. | FEBRUARY 24, 2004 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Second Amended Complaint in this action to add Chief Strillacci as a defendant to conform with facts discovered during discovery. During the depositions of Assistant Chief Rosesewig, which took place on February 23, 2004, and Lieutenant Garewski, which took place on February 24, 2004, facts arose pertaining to the direct involvement of Chief Strillacci. To allow the addition of the Chief Strillacci at this point would be in the best interest of judicial economy as it negate the need for filing a separate lawsuit. The claims against Chief Strillacci fall into the Statute of Limitations as the events occurred in April, 2002. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

1

[Handwritten margin note: Granted. The clerk shall docket the Second Amended Complaint. So ordered. 4/5/04]