UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN BARTRAM,<br>    Plaintiff, | :  NO.: 3:02CV2148(SRU) |
| vs. | |
| TOWN OF WEST HARTFORD, CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA and STEPHEN B. ESTES,<br>    Defendants. | :  APRIL 15, 2004 |

## **APPEARANCE**

Please enter the appearance of **MARCIA J. GLEESON** as counsel for defendants CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA, STEPHEN B. ESTES and JAMES STRILLACCI only, in the above referenced action

                                    DEFENDANTS, CARL ROSENSWEIG,
                                    J.A. GAREWSKI, JOSEPH LASATA,
                                    STEPHEN B. ESTES and JAMES
                                    STRILLACCI

                                    BY_____
                                      Marcia J. Gleeson
                                      Federal Bar No.: ct05303
                                      Sack Spector and Karsten
                                      836 Farmington Avenue
                                      West Hartford, CT 06119
                                      mgleeson@sackspec.com
                                      Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Carl Ficks, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103-4303

_____
Marcia J. Gleeson