UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN BARTRAM,<br>    Plaintiff, | :  NO.: 3:02CV2148(SRU) |
| vs. | |
| TOWN OF WEST HARTFORD, CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA and STEPHEN B. ESTES,<br>    Defendants. | :  APRIL 15, 2004 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA STEPHEN B. ESTES and JAMES STRILLACCI in the above-referenced matter hereby respectfully request an enlargement of time of thirty days until June 3, 2004, within which to file dispositive motions.

This is the second such request for an enlargement. Since the first extension was granted, the deposition transcript of Carl Rosensweig was received.

This enlargement of time is necessary since the transcript of the deposition of defendant Garewski has not been received by

the undersigned as of this writing, and is necessary to the completion of defendants' motion.  Once said transcript has been received, it must be forwarded to the deponent for reading and signing.

Pursuant to Rule 9(b)(2), on April 15, 2004, the undersigned telephoned the office of plaintiff's counsel, Erin O'Neil, and was informed that she has no objection to a two week extension, but would object to a 30 day extension.

>                           DEFENDANTS, CARL ROSENSWEIG,
>                           J.A. GAREWSKI, JOSEPH LASATA,
>                           STEPHEN B. ESTES and JAMES
>                           STRILLACCI
>
>
>                           BY_____
>                           Marcia J. Gleeson
>                           Federal Bar No.: ct05303
>                           Sack Spector and Karsten
>                           836 Farmington Avenue
>                           West Hartford, CT 06119
>                           mgleeson@sackspec.com
>                           Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Carl Ficks, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103-4303

_____
Marcia J. Gleeson