46

FILED

2004 APR 16  A 11: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CS

BRIAN BARTRAM,                    :  NO.: 3:02CV2148(SRU)
        Plaintiff,

vs.

TOWN OF WEST HARTFORD, CARL
ROSENSWEIG, J.A. GAREWSKI,
JOSEPH LASATA and STEPHEN B.
ESTES                             :  APRIL 15, 2004
        Defendants.

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure, defendants CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH

LASATA STEPHEN B. ESTES and JAMES STRILLACCI in the above-

referenced matter hereby respectfully request an enlargement of

time of thirty days until June 3, 2004, within which to file

dispositive motions.

This is the second such request for an enlargement.  Since

the first extension was granted, the deposition transcript of

Carl Rosensweig was received.

This enlargement of time is necessary since the transcript

of the deposition of defendant Garewski has not been received by

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776