FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 18  P 1: 35

U.S. DISTRICT COURT
BRIDGEPORT CONN.

BRIAN D. BARTRAM,                               :     CIVIL ACTION NO.
         PLAINTIFF,                         :     3:02CV2148(SRU)
                                      :

V.                                               :

CARL ROSENSWEIG, ASSISTANT                       :
CHIEF OF POLICE, "JA" GAREWSKI,                   :
POLICE CAPTAIN, JOSEPH LASATA, POLICE            :
LIEUTENANT, STEPHEN B. ESTES,                     :
POLICE SERGEANT, AND IN THEIR INDIVIDUAL          :
AND OFFICIAL CAPACITIES                           :
                  DEFENDANTS.           :     May 14, 2004


## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw

her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues

to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw

Appearance be granted.

THE PLAINTIFF,

BY: _____

Erin I. O'Neil
Brewer & O'Neil, LLC
Fed Bar No. ct 23073
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail on May 14, 2004 to the following:


Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Marcia J. Gleeson
Sack, Spector, & Karsten
836 Farmington Avenue
West Hartford, CT 06119


Erin I. O'Neil, Esq.