```
                                              FILED

                                          2004 MAR 30  P 12: 05

                                            U.S. DISTRICT COURT
                    UNITED STATES DISTRICT COURT BRIDGEPORT, CONN
                         DISTRICT OF CONNECTICUT
```

BRIAN BARTRAM,                     :   NO.: 3:02CV2148(SRU)
    Plaintiff,

vs.

TOWN OF WEST HARTFORD, CARL
ROSENSWEIG, J.A. GAREWSKI,
JOSEPH LASATA and STEPHEN B.
ESTES,                             :   MARCH 29, 2004
    Defendants.

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants CARL, ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA, STEPHEN B. ESTES and JAMES STRILLACCI in the above-referenced matter hereby respectfully request an enlargement of time of thirty days until May 3, 2004, within which to file dispositive motions.

This enlargement of time is necessary since the transcripts of the depositions of defendants Rosensweig and Garewski have not been received by the undersigned as of this writing, and are necessary to the completion of defendants' motion.

This is the first such request for an enlargement.

*(marginal notations: "FILED 2004 MAR 31 P 3:09 U.S. DISTRICT COURT BRIDGEPORT CONN"; "GRANTED, ABSENT OBJECTION"; "SO ORDERED, /s/ [signature] U.S.D.J."; "4/2/04")*

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776