# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV2148(SRU) |
| | : | |
| V. | : | |
| | : | |
| CARL ROSENSWEIG, ASSISTANT | : | |
| CHIEF OF POLICE, "JA" GAREWSKI, | : | |
| POLICE CAPTAIN, JOSEPH LASATA, POLICE | : | |
| LIEUTENANT, STEPHEN B. ESTES, | : | |
| POLICE SERGEANT, AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
|     DEFENDANTS. | : | June 1, 2004 |

## **APPEARANCE**

Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

 

THE PLAINTIFF,
BRIAN D. BARTRAM

BY: _____

Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar # ct 25178
Tel: (860)523-4055
Fax: (860)233-4215
avigue@brewerandoneil.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on June 1, 2004, to the following:

Scott M. Karsten, Esq.
Marcia J. Gleeson
Sack, Spector, & Karsten
836 Farmington Avenue
West Hartford, CT 06119

                                                                                            _____
                                                                                              Alyssa S. Vigue