UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM,<br>    Plaintiff, | : | NO.: 3:02CV2148(SRU) |
| vs. | | |
| TOWN OF WEST HARTFORD, CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA and STEPHEN B. ESTES,<br>    Defendants. | : | JUNE 3, 2004 |

## **MOTION FOR SUMMARY JUDGMENT**

    The defendants, Carl Rosensweig, Jeffrey Garewski, Joseph Lasata, Stephen B. Estes and James Strillacci, hereby respectfully move this Court in accordance with Rule 56(c) of the Federal Rules of Civil Procedure for the entry of summary judgment in their favor on all issues in this case.  When plaintiff's complaint is stripped of its conclusory allegations and characterizations, and the evidential record along with applicable legal standards are assessed for support of plaintiff's claims, it is clear that plaintiff is unable to prevail in this matter.

    In support of this motion Defendants submit:

1.   A Local Rule 56(a) Statement of Undisputed Facts with supporting exhibits; and

2.   A Memorandum of Law in Support of Summary Judgment.

WHEREFORE, for all the foregoing reasons and those set forth in the accompanying memorandum of law and supporting materials, defendants move for judgment in their favor.

```
                              DEFENDANTS, CARL ROSENSWEIG,
                              J.A. GAREWSKI, JOSEPH LASATA,
                              STEPHEN B. ESTES and JAMES
                              STRILLACCI



                           BY_____
                              Marcia J. Gleeson
                              Federal Bar No.: ct05303
                              Scott M. Karsten
                              Federal Bar No: ct05277
                              Sack Spector and Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              mgleeson@sackspec.com
                              Their Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 1st day of June, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

_____
Marcia J. Gleeson

-3-