UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02CV2148(SRU) |
| | : | |
| v. | : | |
| | : | |
| CARL ROSENSWEIG, ASSISTANT | : | |
| CHIEF OF POLICE, "JA" GAREWSKI, | : | |
| POLICE CAPTAIN, JOSEPH LASATA, POLICE | : | |
| LIEUTENANT, STEPHEN B. ESTES, | : | |
| POLICE SERGEANT, AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
| DEFENDANTS. | : | JUNE 16, 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a 30 day extension of time in order to respond to the defendants' Motion for Summary Judgment. The opposition is currently due on June 24, 2004, the plaintiff requests until July 24, 2004 to respond due to 3 other responses to Motion for Summary Judgment being due.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said motion. Plaintiff contacted defendant's counsel and he does not object to this Motion for an Extension of Time.

THE PLAINTIFF,


BY: _____

Alyssa S. Vigue
Brewer & O'Neil, LLC
Fed Bar No. ct 25178
818 Farmington Avenue
West Hartford, CT  06119
Phone (860) 523-4055
Fax (860) 233-4215
avigue@brewerandoneil.com

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on June 16, 2004, to the following:


Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Marcia J. Gleeson
Sack, Spector, & Karsten
836 Farmington Avenue
West Hartford, CT 06119


                _____
                  Alyssa S. Vigue