```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BRIAN BARTRAM,                          :  NO.: 3:02CV2148(SRU)
     Plaintiff,

vs.

TOWN OF WEST HARTFORD, ET AL.           :  JUNE 17, 2004
     Defendants.
```

### NOTICE OF FILING CORRECTION TO MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The defendants hereby give notice that they have filed the attached in order to correct a scrivener's error contained in lines 5 and 18 of page 28 of defendants' Memorandum of Law in Support of Motion for Summary Judgment dated June 3, 2004.

The correction substitutes the word "search" for the word "arrest" in the said lines 5 and 18.

```
                              DEFENDANTS:   CARL ROSENSWEIG,
                                            ET AL.



                              BY_____
                                 Marcia J. Gleeson
                                 Federal Bar No.: ct05303
                                 Sack Spector and Karsten
                                 836 Farmington Avenue
                                 West Hartford, CT 06119
                                 mgleeson@sackspec.com
                                 Their Attorney
```

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 17th day of June, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

_____
Marcia J. Gleeson