## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV2148(SRU) |
| | : | |
| v. | : | |
| | : | |
| CARL ROSENSWEIG, ASSISTANT | : | |
| CHIEF OF POLICE, "JA" GAREWSKI, | : | |
| POLICE CAPTAIN, JOSEPH LASATA, POLICE | : | |
| LIEUTENANT, STEPHEN B. ESTES, | : | |
| POLICE SERGEANT, AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
|     DEFENDANTS. | : | JULY 19, 2004 |

## MOTION FOR EXTENSION OF TIME

    Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a two week extension of time until August 7, 2004, in order to respond to the defendants' Motion for Summary Judgment. The opposition is currently due on July 24, 2004. The plaintiff makes this motion due to a busy deposition schedule and due to having to respond to two other Motions for Summary Judgment.

    This is plaintiff's second request for an extension of time for the purposes of submitting a response to said motion. Plaintiff contacted defendant's counsel and he does not object to this Motion for an Extension of Time.

THE PLAINTIFF,


BY: _____

Alyssa S. Vigue
Brewer & O'Neil, LLC
Fed Bar No. ct 25178
818 Farmington Avenue
West Hartford, CT 06119
Phone (860) 523-4055
Fax (860) 233-4215
avigue@brewerandoneil.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on July 19, 2004, to the following:


Scott M. Karsten, Esq.
Marcia J. Gleeson
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119




_____
Alyssa S. Vigue