FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      2004 AUG 16  P 12: 08

U.S. DISTRICT COURT

| | |
|---|---|
| BRIAN D. BARTRAM, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:02CV2148(SRU) |
| v. | |
| CARL ROSENSWEIG, ASSISTANT CHIEF OF POLICE, "JA" GAREWSKI, POLICE CAPTAIN, JOSEPH LASATA, POLICE LIEUTENANT, STEPHEN B. ESTES, POLICE SERGEANT, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES | |
| DEFENDANTS. | August 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
BRIAN D. BARTRAM

BY: *Alyssa Vigue*

Alyssa S. Vigue
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar # ct 25178
Tel: (860)523-4055
Fax: (860)233-4215
avigue@brewerandoneil.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid on August 12, 2004, to the following:

Scott M. Karsten, Esq.
Marcia J. Gleeson
Sack, Spector, & Karsten
836 Farmington Avenue
West Hartford, CT 06119

*Alyssa Vigue*
Alyssa S. Vigue