```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

BRIAN BARTRAM,                        :   NO.: 3:02CV2148(SRU)
    Plaintiff,

vs.

TOWN OF WEST HARTFORD, CARL
ROSENSWEIG, J.A. GAREWSKI,
JOSEPH LASATA and STEPHEN B.
ESTES,                                :   AUGUST 18, 2004
    Defendants.
```

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The defendants hereby move for an extension of twenty days, until **September 13, 2004,** in which to file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

The additional time is necessary to allow the defendants to reply to the lengthy opposition.

This is the first such request for an extension of time.

Pursuant to Local Rule 7(b)(3), on this date the undersigned spoke with Attorney Erin O'Neill, who stated she had no objection to this motion

                                        DEFENDANTS, CARL ROSENSWEIG,
                                        J.A. GAREWSKI, JOSEPH LASATA,
                                        STEPHEN B. ESTES and JAMES
                                        STRILLACCI

BY_____
   Marcia J. Gleeson
   Federal Bar No.: ct05303
   Scott M. Karsten
   Federal Bar No: ct05277
   Sack Spector and Karsten
   836 Farmington Avenue
   West Hartford, CT 06119
   mgleeson@sackspec.com
   Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 18th day of August, 2004, to the following counsel of record:

Erin O'Neill, Esquire
818 Farmington Avenue
West Hartford, CT 06119

                                        _____
                                        Marcia J. Gleeson

Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604