UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM,<br>    Plaintiff, | : | NO.: 3:02CV2148(SRU) |
| vs. | | |
| TOWN OF WEST HARTFORD, CARL ROSENSWEIG, J.A. GAREWSKI, JOSEPH LASATA and STEPHEN B. ESTES,<br>    Defendants. | : | SEPTEMBER 13, 2004 |

**MOTION FOR ENLARGMENT OF TIME**
**TO FILE REPLY MEMORANDUM**

Pursuant to Fed. R. Civ. P. 6(b), defendants, James Strillacci, Carl Rosensweig, J.A. Garewski, Joseph LaSata and Stephen B. Estes hereby respectfully request an enlargement of one(1) week, until September 20, 2004, within which to file their reply memorandum in support of their motion for summary judgment. The memorandum was to be filed September 13, 2004.

In support of this motion, counsel for defendants represents that the unanticipated illness on this date of his legal assistant and her absence from the office presents an insurmountable obstacle to the completion of the reply memorandum. As the duration of her absence is uncertain at the

moment, a margin of extra days is being requested. If necessary, other arrangements will be made in order to file the reply memorandum within the extended date, if granted by the court.

This is the second such extension requested. Plaintiffs counsel does not object to this motion.

WHEREFORE, defendants respectfully request their motion be granted.

                              DEFENDANTS, CARL ROSENSWEIG,
                              J.A. GAREWSKI, JOSEPH LASATA
                              and STEPHEN B. ESTES


                         BY /s/ Scott M. Karsten
                              Scott M. Karsten
                              Federal Bar No.: ct05277
                              Sack Spector and Karsten
                              836 Farmington Avenue
                              West Hartford, CT 06119
                              Their Attorney
                              skarsten@sackspec.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 13th day of September, 2004, to the following counsel of record:

James S. Brewer, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Carl Ficks, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103-4303

                                                      _Scott M. Karsten_
                                                      Scott M. Karsten

Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604