UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN BARTRAM,                              :    NO.: 3:02CV2148(SRU)
    Plaintiff,

vs.                                         :

TOWN OF WEST HARTFORD, ET AL.               :    NOVEMBER 2, 2004
    Defendants.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Scott M. Karsten has filed an appearance on behalf of the defendants.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

                                  DEFENDANTS, Town of West Hartford, et al.

BY_____
Marcia J. Gleeson
Federal Bar No.: ct05303
Sack Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119
mgleeson@sackspec.com
Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of November, 2004, to the following counsel of record:

Erin O'Neill, Esquire
818 Farmington Avenue
West Hartford, CT 06119

_____
Marcia J. Gleeson

Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604