UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN BARTRAM,                         :    NO.: 3:02CV2148(SRU)
    Plaintiff,

vs.

TOWN OF WEST HARTFORD, ET AL.,         :    DECEMBER 6, 2004
    Defendants.

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1.    Have you, any member(s) of your family or any close friends ever sued or made a claim for damages against the police?

2.    Have you, any member(s) of your family or any close friends made any formal complaint against a police officer?

3.    Have you, any member(s) of your family or any close friends been involved in what you would consider to be a negative or unpleasant situation with the police?

4.    Do you feel that your previous involvement in any of these situations would be likely to affect your ability to be completely objective and impartial in this case?

5. Have any of you ever served on a jury which heard claims of police misconduct or violation of constitutional rights?

6. Have any of you heard or read anything about the West Hartford Police Department or its officers, or heard or read anything about police officers in general, which would in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

7. Do any of you have any strong opinions, ideas or thoughts about claims of deprivation of constitutional rights, such are involved in this case as I have outlined it to you?  If so, would you please describe?

8. Would any of your feelings or ideas concerning claims similar to the ones before us today as I have described them to you prevent you from being absolutely fair and impartial in considering this case solely on the basis of the evidence and the law as the court will give it to you?

9. If the court were to instruct you that the law applicable to this case could result in your having the duty to

send the plaintiff away with no recovery, would you have any difficulty in making that decision?

10. In considering this case, would you be able to put aside any feeling of sympathy you may have for the plaintiff, and decide this case solely on the basis of the evidence and the law as the Court will give it to you?

11. Have you ever been exposed to suicide or a threat of possible suicide, either personally or through anyone in your family or group of close friends?

12. Have you or has anyone close to you ever been referred to a hospital for an emergency psychiatric evaluation?

13. Do you have any medical training or background, including training or education in mental health care and treatment?

14. Have you ever been treated for a physical or mental condition which involved the administration of medications which caused significant side effects?

DEFENDANTS, J.A. GAREWSKI,
JOSEPH LASATA and STEPHEN B.
ESTES


BY_____
Scott M. Karsten
Federal Bar No.: ct05277
Sack Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 6th day of December, 2004, to the following counsel of record:

Erin O'Neill, Esquire
818 Farmington Avenue
West Hartford, CT 06119

Norman A. Pattis, Esquire
Williams & Pattis
51 Elm Street
New Haven, CT 06510

Carl Ficks, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103-4303


_____
Scott M. Karsten