UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV2148(SRU) |
| | : | |
| V. | : | |
| | : | |
| CARL ROSENSWEIG, ASSISTANT | : | |
| CHIEF OF POLICE, "JA" GAREWSKI, | : | |
| POLICE CAPTAIN, JOSEPH LASATA, POLICE | : | |
| LIEUTENANT, STEPHEN B. ESTES, | : | |
| POLICE SERGEANT, AND IN THEIR INDIVIDUAL | : | |
| AND OFFICIAL CAPACITIES | : | |
|     DEFENDANTS. | : | January 8, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. Attorney Diane Polan has filed an appearance in this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

THE PLAINTIFF,

BY: _____

Erin I. O'Neil
Brewer & O'Neil, LLC
Fed Bar No. ct 23073
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055
erinoneilbaker@yahoo.com

## CERTIFICATION

 This is to certify that a copy of the foregoing was mailed via first class mail on January 8, 2005 to the following:

Scott M. Karsten, Esq.
Sack Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119

Marcia J. Gleeson
Sack, Spector, & Karsten
836 Farmington Avenue
West Hartford, CT 06119

                    _____
                    Erin I. O'Neil