UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN D. BARTRAM       : | |
| : | Civ. Action No. |
| v.             : | 3:02 CV 2148 (SRU) |
| : | |
| TOWN OF WEST HARTFORD, ET AL.   : | |

## ORDER

At the request of Superior Court Judge Robert L. Holzberg, who is overseeing disciplinary matters involving Attorney James Brewer, and as a result of Attorney Brewer's interim suspension from the practice of law, this case is hereby STAYED for 60 days.

It is so ordered.

Dated at Bridgeport this 16th day of February 2005.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge