UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN  BARTRAM

**APPEARANCE**

VS

TOWN OF WEST HARTFORD                Case Number: 3:02CV02148 (SRU)

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for: BRIAN BARTRAM

**March 1, 2005**

_____    _____
Date                                    Signature

     ct13120                            NORMAN A. PATTIS
Connecticut Bar Number                  Print Clearly or Type Name

203-393-3017                            649 Amity Road, P.O. Box 280
Telephone Number                        Address

203-393-9745                            Bethany, CT 06524
Fax Number

napatti1@aol.com
E-mail address

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Appearance was mailed on March 1, 2005   to the following:

Carl R. Ficks, Esquire
Halloran & Sage
One Goodwin Squire
225 Asylum Street
Hartford, CT 06103

Elisa Graber-Lipperman, Esquire
P.O. Box 370098
West Hartford, CT 06137

Scott Karsten, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06457-1544

_____
NORMAN A. PATTIS