UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM | : | |
| | : | Civ. Action No. |
| v. | : | 3:02 CV 2148 (SRU) |
| | : | |
| TOWN OF WEST HARTFORD, ET AL. | : | |

**ORDER LIFTING STAY**

On February 16, 2005, the court issued an order staying this case until April 16, 2005.

No requests for continuance having been received, it is hereby

ORDERED that the stay in this case is lifted.

It is so ordered.

Dated at Bridgeport this 3rd day of May 2005.

　　　　　　　　　　　　　　　　　　/s/ Stefan R. Underhill
　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　United States District Judge