FILED
2005 MAY -2 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRIAN D. BARTRAM          :          No. 3:02CV02148 (SRU)

VS.                       :

TOWN OF WEST HARTFORD, ET AL

                          :          April 28, 2005

## MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY /s/ James S. Brewer
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

## CERTIFICATION

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Norman A. Pattis
649 Amity Road, P.O. Box 280
Bethany, CT 06524

Erin I. O'Neil-Baker
41-A New London Turnpike
Glastonbury, CT 06833

Carl R. Ficks, Jr.
Halloran & Sage
One Goodwin Square, 225 Asylum Street
Hartford, CT 06103

Elysa L. Graber-Lipperman
P.O. Box 370098
West Hartford, CT 06137

Marcia J. Gleeson
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Scott M. Karsten
Karsten & Dorman, LLC
29 So. Main Street
West Hartford, CT 06107

JAMES S. BREWER