UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN D. BARTRAM | : | |
| v | : | CASE NO. 3:02cv2148 (SRU) |
| TOWN OF WEST HARTFORD, et al | : | |

ORDER

In the interest of justice, the above identified case is hereby transferred to The Honorable Warren W. Eginton.

All further pleadings or documents in this matter should be filed in the Clerk's Office in Bridgeport and bear the docket number  3:02cv2148 (WWE).  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 7 (a).

So ordered.

Dated at Bridgeport, Connecticut this 25th day of May 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge