Civ-JurySel(April 12, 2004)

TOTAL TIME: __2__ hours __0__ minutes   DEPUTY CLERK __D. CANDEE__   HONORABLE __W.W. Eginton__   RPTR/ERO/TAPE __Maria Corrette__

DATE __6/6/05__   START TIME __0935__   END TIME __11:35__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__Brian D. Bartram__   CIVIL NO. __3:02CV2148(WWE)__   __Norman A. Pattis__
                                                          Plaintiffs Counsel
vs.                        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
__Town of West Hartford, Et Al__   __Scott M. Karsten__
                                                          Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ...... ☐ Call of the Calendar held   ☐ Call of the Calendar over to _____
☑ ...... ☑ Jury Selection held   ☐ Jury Selection continued until _____
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ...... _____   ☐ filed ☐ docketed
☐ ...... _____   ☐ filed ☐ docketed
☐ ...... _____   ☐ filed ☐ docketed
☐ ...... _____   ☐ filed ☐ docketed
☑ ...... __52__ # jurors present
☑ ...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ...... Voir Dire by Court
☑ ...... Peremptory challenges exercised (See attached)
☑ ...... Jury of __8__ drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ ...... Remaining jurors excused
☐ ...... Discovery deadline set for _____
☐ ...... Disposition Motions due _____
☐ ...... Joint trial memorandum due _____
☑ ...... Trial continued until __6/21/05__ at __9:00 a.m.__

☐ COPY TO: JURY CLERK