United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/6/05
Kevin F. Rowe, Clerk
By D. Candee
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02CV2148(SRU) |
| v. | : | |
| | : | |
| TOWN OF WEST HARTFORD, ET AL | : | |
| DEFENDANTS | : | JUNE 6, 2005 |

### EXHIBIT LIST

1. Search and Seizure Warrant - 04-17-2002

2. Police Emergency Examination Request - 4-17-2002

3. Incident Report - 4-17-2002

/s/ Norm Pattis

Norm Pattis
649 Amity Road
Bethany, CT 06524

203.393.3017
203.393.9745 fax
ct 13120

Certification

The foregoing was hand-delivered to Scott Karsten this 6th day of June, 2005.

/s/ Norm Pattis
Norm Pattis