United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/6/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM, | : | CIV. NO. 3:02CV2148(SRU) |
| Plaintiff, | | |
| vs. | | |
| TOWN OF WEST HARTFORD, ET AL | | |
| Defendants. | : | JUNE 6, 2005 |

## DEFENDANTS' LIST OF EXHIBITS

501. Police Report, 4-17-02, Sgt. Estes.

502. Search and Seizure Warrant and Application, 4-17-02.

503. Police Emergency Psychiatric Examination Request, 4-17-02.

504. UCONN Hospital Reports and Records concerning plaintiff, 4-17-02.

505. Request for Medical Leave by plaintiff, 5-6-02.

506. Resignation letter from plaintiff, 1-22-03.

507. West Hartford Police Department Professional Reference Directory, § 3.1.

508. Request for Job Reference by plaintiff.

509. Affidavit of Brian Bartram.

510. Contemporaneous notes of defendant Garewski.

511. Affidavit of Heather Bartram.

                                                  DEFENDANTS, J.A. GAREWSKI,
                                                  JOSEPH LASATA and STEPHEN B.
                                                  ESTES

BY _____
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered, this 6th day of June, 2005, to the following counsel of record:

Norman A. Pattis, Esquire
649 Amity Road
P. O. Box 280
Bethany, CT 06524

_____
Scott M. Karsten

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030