United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/6/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN BARTRAM,
    Plaintiff,                :    CIV. NO. 3:02CV2148(SRU)

vs.

TOWN OF WEST HARTFORD, ET AL
    Defendants.              :    JUNE 6, 2005

## DEFENDANTS' LIST OF WITNESSES

1. Defendant Jeffrey Garewski, West Hartford Police Department.

2. Defendant Joseph LaSata, West Hartford Police Department.

3. Defendant Steven Estes, West Hartford Police Department.

4. Sonja Vigue, West Hartford Police Department.

5. Sharon Williams, West Hartford Police Department.

6. Heather C. Healey, D.O., UCONN Health Center.

7. Mssrs. Kalina and Robles, American Medical Response EMTs.

8. Marie Colangelo, West Hartford Police Department.

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030

1.   Chief James Strillacci, West Hartford Police Department.

2.   Assistant Chief Carl Rosensweig, West Hartford Police Department.

3.   Brian Bartram, plaintiff.

4.   Heather Bartram, wife of plaintiff.

5.   Susan McDonald, West Hartford Police Department.

6.   Todd Hungerford, West Hartford Police Department.

7.   Patricia Morowsky, Town of West Hartford.

8.   Anthony Miele, West Hartford Police Department.

9.   Greg Gardner, Colebrook, Connecticut.

10. John Silano, WHPD

DEFENDANTS, J.A. GAREWSKI, JOSEPH LASATA and STEPHEN B. ESTES

BY /s/ Scott M. Karsten
Scott M. Karsten
Federal Bar No.: ct05277
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand-delivered, this 6th day of June, 2005, to the following counsel of record:

Norman A. Pattis, Esquire
649 Amity Road
P. O. Box 280
Bethany, CT 06524

_____
Scott M. Karsten

- 3 -

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030