CIV-Trial(April 12, 2004)

HONORABLE **W.W. Eginton**
DEPUTY CLERK **D. Candee**   RPTR/ERO/TAPE **Maria Corriette**

TOTAL TIME: **6** hours **20** minutes

DATE **6/21/05**   START TIME **9:15**   END TIME **4:50**
LUNCH RECESS FROM **12:30** TO **1:45**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Brian Bartram**   CIVIL NO. **3:02CV2148(WWE)**   **Norman A. Pattis**
                                                  Plaintiffs Counsel

vs.   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Scott M. Karsten**
**Town of West Hartford, et al**   Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☑ Jury sworn
☑ ☑ Jury Trial held ☑ Jury Trial continued until **6/22/05** at **9:00 a.m.**
☐ Court Trial held ☑ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ ... Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ... Summation held ☐ Court's Charge to the Jury
☐ ... All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ... Jury commences deliberations at _____
☐ ... Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ... SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)