HONORABLE: W. Eginton

TOTAL TIME: 6 hours 45 minutes

DEPUTY CLERK: D. Cannee   RPTR/ERO/TAPE: Judy Fazekas / Marjan Cornette

DATE 6/22/05   START TIME 9:15   END TIME 5:15
LUNCH RECESS FROM 12:00 TO 2:00
RECESS FROM _____ TO _____ (if more than 1/2 hour)
12:00 – 12:45 pm Charge Conf.

Brian Bartram

vs.

Town of West Hartford, et al

CIVIL NO. 3:02CV2148(WWE)

Norman A. Pattis
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Scott M. Karsten
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ ☑ Jury Trial held ☐ Jury Trial continued until _____ at _____
☐ ☐ Court Trial held ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ Δ #ORAL Motion For Judgment as Matter of Law ☐ granted ☑ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☑ ☑ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ ☑ Summation held ☑ Court's Charge to the Jury
☑ All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
☑ Jury commences deliberations at 4:20 pm
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☑ SEE ☑ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ ........   Court declares MISTRIAL

☑ ........   Verdict Form filed

☑ ........   VERDICT: _For Defendants_

☑ ........   Court accepts verdict and orders verdict verified and recorded

☑ ........   Jury polled

## MISCELLANEOUS PROCEEDINGS