# United States District Court

DISTRICT OF Connecticut

Brian Bartram
v.
Town of West Hartford, et al

EXHIBIT LIST

CASE NUMBER: 3:02CV2148(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. W. Eginton | Norman A. Pattis | Scott M. Karsten |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/21, 6/22/05 | M. Corriette / Judy Frekas | Deborah Candee |

| PLF NO. | DEF NO. | DATE OFFERED | I.D. MARKED | Full ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 6/21/05 |  | ✓ | #507 - Professional Reference Directory, Sec. 3.1 |
|  | ✓ | 6/21/05 |  | ✓ | #504 - UConn Hospital Reports & Records of Plaintiff |
| ✓ |  | 6/21/05 |  | ✓ | #2 - Police Emergency Exam. Request - 4/17/02 |
| ✓ |  | 6/21/05 |  | ✓ | #501 - West Hartford Police Report Incident Report #2002019641 |
|  | ✓ | 6/22/05 | ✓ |  | #510 - Contemporaneous Notes of Jeffrey Garewski |
|  | ✓ | 6/22/05 | ✓ |  | #502 - Search & Seizure Warrant - Firearms - Persons Posing Risk To Self or Others |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages