# United States District Court

**DISTRICT OF** Connecticut

BRIAN BARTRAM
v.
TOWN OF WEST HARTFORD, ET AL

**EXHIBIT AND WITNESS LIST**

FILED AT BRIDGEPORT 6/22/05
Kevin F. Rowe, Clerk
Deputy Clerk

CASE NUMBER: 3:02CV2148(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. Eginton | Norman A. Pattis | Scott M. Karsten |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/21 - 6/22/05 | Maria Corriette / Judy Fazekas | Deborah A. Candee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/21/05 | | ††Recalled 6/22/05 | Brian Bartram - Salisbury, CT |
| ✓ | | 6/21/05 | | | Stephen B. Estes - West Hartford Police Dept. |
| ✓ | | 6/21/05 | | | Joseph Lasata - West Hartford Police Dept. |
| ✓ | | 6/22/05 | | | Jeis Goldfarb - Salisbury, CT |
| ✓ | | 6/22/05 | | | Heather Bartram - Salisbury, CT |
| | ✓ | 6/22/05 | | | Sonja Vigue - Tolland, CT |
| | ✓ | 6/22/05 | | | Jeffrey Garewski - West Hartford Police Dept. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages