United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/22/05
Kevin F. Rowe, Clerk
By: D. Candee
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM, | : | No. 3:02cv2148 (WWE) |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| JEFFREY GAREWSKI, STEPHEN ESTES, | : | |
| and JOSEPH LASATA, | : | |
|     Defendants | : | |
| | : | June 22, 2005 |

## SPECIAL VERDICT FORM

1. Did the plaintiff prove by a preponderance of the evidence that defendant Garewski caused the plaintiff to be involuntarily taken into custody and to be transported to a hospital for evaluation, without reasonable cause?

   Yes_____   No_____✓_____

2. Did the plaintiff prove by a preponderance of the evidence that defendant Estes caused the plaintiff to be involuntarily taken into custody and to be transported to a hospital for evaluation, without reasonable cause?

   Yes_____   No_____✓_____

3. Did the plaintiff prove by a preponderance of the evidence that defendant LaSata caused the plaintiff to be involuntarily taken into custody and to be transported to a hospital for evaluation, without reasonable cause?

   Yes_____   No_____✓_____

If your answer to the above question is Yes as to any or all defendants, please proceed to the next question. If your answer to the above question is No as to all defendants, then your deliberations are at an end. The foreperson should sign and date this form.

4.  Do you find that the acts or omissions of any or all of the defendants were a proximate cause of damages to the plaintiff?

    Garewski   Yes_____        No_____
    Estes      Yes_____        No_____
    LaSata     Yes_____        No_____

If your answer to the above question is Yes as to any or all of the defendants, please proceed to the next question. If your answer to the above question is No as to all defendants, then your deliberations are at an end. The foreperson should sign and date this form.

5.  Under the law as given to you in these instructions, state the amount of compensatory or nominal damages the plaintiff should be awarded:

    $_____

6.  You may only assess punitive damages against that defendant or those defendants against whom you have awarded compensatory or nominal damages. State the amount of punitive damages, if any, you assess against one or all of the defendants:

    Garewski       $_____
    Estes          $_____
    LaSata         $_____

The Foreperson should sign and date the form of verdict.

_____      6/22/05
Foreperson                     Date