UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


BRIAN D. BARTRAM

     v.                                  3:02CV2148 WWE

CARL ROSENSWEIG, Assistant
Chief of Police, JEFFREY "JA" GAREWSKI,
Police Captain, JOSEPH LASATA, Police Lieutenant,
STEPHEN B. ESTES, Police Sergeant,


JUDGMENT


       This cause came on for trial before a jury and the Honorable Warren W. Eginton, Senior United States District Judge.   On June 22, 2005, after deliberation, the jury returned a verdict in favor of the defendants Jeffrey Garewski, Stephen Estes and Joseph Lasata.   On November 17, 2004, summary judgment was granted (Underhill,J.) as to defendant Carl Rosensweig and movant James Strillacci.

       Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

       Dated at Bridgeport, Connecticut, this 30th day of June, 2005.


                                KEVIN F. ROWE, Clerk

                                By      /s/Chrystine W. Cody
                                        Deputy-in-Charge


Entered on Docket_____