UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN BARTRAM, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02CV2148(SRU) |
| v. | : | |
| | : | |
| TOWN OF WEST HARTFORD, ET AL | : | |
| DEFENDANTS | : | AUGUST 1, 2005 |

## MOTION FOR RETURN OF BOND

The plaintiff respectfully requests that his bond, previously posted in the amount of five hundred dollars, be returned to him. In support hereof, the undersigned represents as follows:

1. The defendants obtained a judgment against the plaintiff in this case more than thirty days ago.

2. No motion or bill of costs has been filed regarding that bond.

The Plaintiff,

/s/ Norman A. Pattis
Norman A. Pattis
Fed. Juris No. ct13120
Law Offices of Norman A. Pattis LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Tel: (203)393-3017
Fax: (203)393-9745
Plaintiff's Attorney

CERTIFICATE OF SERVICE

     This is to certify that the foregoing Appearance was mailed on March 1, 2005 to the following:

Scott Karsten, Esquire
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06457-1544

                                                      /s/ Norman A. Pattis
                                                      Norman A. Pattis